IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>HENRIK NORREMARK,<br><br>              Debtor. | Case No. 14-35766<br><br>Chapter 7<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE AND TO DISCHARGEABILITY OF DEBTS** |

      This matter comes before the Court on Stipulation of debtor ("Debtor") and creditor Free Breeze Energy Systems, Ltd. ("Free Breeze"), each by and through their attorney of record. The parties hereto represent as follows:

      1.     This case was commenced on October 16, 2014 by the filing of a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code.

      2.     The current deadline to file a complaint to determine the dischargeability of debts is January 20, 2015.

      3.     The Debtor is unavailable for a Rule 2004 Examination until January 27, 2015. In addition, Free Breeze is still awaiting requested discovery from the Debtor. For this reason, the currently scheduled 2004 examination may have to be continued.

Page 1 - STIPULATED MOTION AND ORDER TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE AND TO DISCHARGEABILITY OF DEBTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

4. The information gathered from the requested documents and the 2004 examination may result in information that could form an objection to the discharge the Debtor's debt to Free Breeze.

5. The parties stipulate to a 60-day extension of the deadline to file a complaint to determine the dischargeability of debts from January 20, 2015 to March 23, 2015.

Now, therefore, based upon the stipulation of the parties, it is hereby

ORDERED that the deadline for filing a complaint to determine the dischargeability of debts under 11 USC § 523 is extended through March 23, 2015.

# # #

IT IS SO STIPULATED:

KILMER, VOORHEES & LAURICK, P.C.

/s/ Alisa D. Hardy                          Dated: 1/13/15
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.


TROUTMAN LAW FIRM, P.C.

[signature]                                  Dated: 1/13/15
Ted A Troutman, OSB # 844470
tedtroutman@sbcglobal.net
Of Attorneys for Debtor Henrik Norremark

Page 2 - STIPULATED MOTION AND ORDER TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE AND TO DISCHARGEABILITY OF DEBTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 14    Filed 01/13/15