Certificate Number: 14912-OR-DE-024848598

Bankruptcy Case Number: 14-35766


14912-OR-DE-024848598

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2015, at 8:49 o'clock PM EST, Henrik Norremark completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:  January 14, 2015              By:    /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title: Counselor