| | | |
|---|---|---|
| **James P. Laurick, OSB # 821530**<br>jlaurick@kilmerlaw.com<br>**Alisa D. Hardy, OSB # 105886**<br>ahardy@kilmerlaw.com<br>Kilmer, Voorhees & Laurick, P.C.<br>Attorneys at Law<br>732 N.W. 19th Avenue<br>Portland, Oregon 97209-1302<br>Telephone: (503) 224-0055<br>Fax: (503) 222-5290 | Judge<br>Chapter<br>**Hearing Date**<br>**Hearing Time**<br>**Location** | : Randall L. Dunn<br>: 7<br>:<br>:<br>: |

OF ATTORNEYS FOR FREE BREEZE ENERGY SYSTEMS, LTD.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

In re:

HENRIK NORREMARK,

        Debtor.

Case No. 14-35766-RLD7

**STIPULATION REQUIRING DEBTOR TO APPEAR FOR 2004 EXAM**

    Counsel for the debtor and counsel for creditor Free Breeze Energy Systems, Ltd. hereby stipulate that debtor will appear in the office of Ted A. Troutman, Troutman Law Firm, PC, 5075 SW Griffith Dr., Ste. 220, Beaverton, OR 97005, on January 30, 2015 at 9:30 a.m. for a

///

///

///

///

///

///

///

Page 1 - STIPULATION REQUIRING DEBTOR TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 17    Filed 01/15/15

| | | |
|---|---|---|
| 1 | Bankruptcy Rule 2004 Exam. The debtor shall be subject to questions by Free Breeze Energy | |
| 2 | Systems, Ltd. before a court reporter. His attorney may cross-examine the debtor. | |

        IT IS SO STIPULATED this 15th day of January, 2015:

| TROUTMAN LAW FIRM, PC | KILMER VOORHEES & LAURICK, P.C. |
|---|---|
| */s/ Ted A. Troutman* | */s/ Alisa D. Hardy* |
| Ted A. Troutman, OSB No. 844470 | Alisa D. Hardy, OSB No. 105886 |
| 5075 SW Griffith Dr., Ste. 220 | 732 NW 19th Avenue |
| Beaverton, OR 97005 | Portland, OR 97209 |
| Phone: (503) 292-6788 | Phone: (503) 224-0055 |
| Fax: (503) 596-2371 | Fax: (503) 222-5290 |
| tedtroutman@sbcglobal.net | ahardy@kilmerlaw.com |
| Of Attorneys for Debtor | Of Attorneys for Creditor Free Breeze Energy Systems, Ltd. |
| | I:\10219\0001\Pleadings - Norremark BK\Stip Requiring Debtor to Appear.doc |

Page 2 - STIPULATION REQUIRING DEBTOR TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 17    Filed 01/15/15

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of January, 2015, the foregoing STIPULATION REQUIRING DEBTOR TO APPEAR FOR 2004 EXAM was served on the following by [ ] hand delivery [ ] overnight delivery [ ] fax [X] email [ ] mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage prepaid. Addressed as follows:

Ted A. Troutman, OSB # 844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Ste. 220
Beaverton, OR 97005
Phone: (503) 292-6788
Fax: (503) 596-2371
Email: tedtroutman@sbcglobal.net
　　Of Attorneys for Debtor Henrik Norremark

KILMER, VOORHEES & LAURICK, P.C.

*/s/ Alisa D. Hardy*
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290