Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. 14-35766-RLD7 |
|---|---|
| HENRIK NORREMARK, | Chapter 7 |
| Debtor. | **ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS** |

This matter comes before the Court on Stipulation of debtor ("Debtor") and creditor Free Breeze Energy Systems, Ltd. ("Free Breeze"), each by and through their attorney of record. The parties hereto represent as follows:

1. This case was commenced on October 16, 2014 by the filing of a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code.

2. The current deadline to file a complaint to determine the dischargeability of debts is January 20, 2015.

3. The Debtor is unavailable for a Rule 2004 Examination until January 27, 2015. In addition, Free Breeze is still awaiting requested discovery from the Debtor. For this reason, the currently scheduled 2004 examination may have to be continued.

Page 1 - ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 18    Filed 01/16/15

4. The information gathered from the requested documents and the 2004 examination may result in information that could form an objection to the discharge of the Debtor's debt to Free Breeze.

5. The parties stipulate to a 60-day extension of the deadline to file a complaint to determine the dischargeability of debts from January 20, 2015 to March 23, 2015.

Now, therefore, based upon the stipulation of the parties, it is hereby

ORDERED that the deadline for filing a complaint to determine the dischargeability of debts under 11 USC § 523 is extended through March 23, 2015.

### #

IT IS SO STIPULATED:

KILMER, VOORHEES & LAURICK, P.C.

/s/ Alisa D. Hardy                               Dated: January 13, 2015
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.

TROUTMAN LAW FIRM, P.C.

/s/ Ted A. Troutman                              Dated: January 13, 2015
Ted A Troutman, OSB # 844470
tedtroutman@sbcglobal.net
Of Attorneys for Debtor Henrik Norremark

Page 2 - ORDER RE STIPULATION TO EXTEND TIME TO OBJECT
TO DISCHARGEABILITY OF DEBTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 18    Filed 01/16/15

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of January, 2015, the foregoing ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS was served on the following by [ ] hand delivery [ ] overnight delivery [ ] fax [X] email [ ] mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage prepaid. Addressed as follows:

> Ted A. Troutman, OSB # 844470
> Troutman Law Firm, PC
> 5075 SW Griffith Dr., Ste. 220
> Beaverton, OR 97005
> Phone: (503) 292-6788
> Fax: (503) 596-2371
> Email: tedtroutman@sbcglobal.net
>   Of Attorneys for Debtor Henrik Norremark

KILMER, VOORHEES & LAURICK, P.C.

*/s/ Alisa D. Hardy*
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.
I:\10219\0001\Pleadings - Norremark BK\Order Re Extending Time.doc

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290