Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

In re:

HENRIK NORREMARK,

          Debtor.

Case No. 14-35766-RLD7

**ORDER RE STIPULATION REQUIRING DEBTOR TO APPEAR FOR 2004 EXAM**

Upon review of the Stipulation Requiring Debtor to Appear for 2004 Exam,

IT IS HEREBY ORDERED that debtor appear in the office of Ted A. Troutman, Troutman Law Firm, PC, 5075 SW Griffith Dr., Ste. 220, Beaverton, OR 97005, on January 30, 2015 at 9:30 a.m. for a Bankruptcy Rule 2004 Exam. The debtor shall be subject to questions by Free Breeze Energy Systems, Ltd. before a court reporter. His attorney may cross-examine the debtor.

# # #

///

///

///

///

Page 1 - ORDER RE STIPULATION REQUIRING DEBTOR TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Submitted by:

KILMER, VOORHEES & LAURICK, P.C.

*/s/ Alisa D. Hardy*
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Phone No.: 503-224-0055
Fax No.: 503-222-5290
Of Attorneys for Free Breeze Energy Systems, Ltd.
I:\10219\0001\Pleadings - Norremark BK\Order Requiring Debtor to Appear.doc

Page 2 - ORDER RE STIPULATION REQUIRING DEBTOR TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 19    Filed 01/16/15

# CERTIFICATE OF SERVICE

1    I certify that on this 15th day of January, 2015, the foregoing ORDER RE STIPULATION REQUIRING DEBTOR TO APPEAR FOR 2004 EXAM was served on the following by [ ] hand delivery [ ] overnight delivery [ ] fax [X] email [ ] mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage prepaid. Addressed as follows:

Ted A. Troutman, OSB # 844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Ste. 220
Beaverton, OR 97005
Phone: (503) 292-6788
Fax: (503) 596-2371
Email: tedtroutman@sbcglobal.net
    Of Attorneys for Debtor Henrik Norremark

KILMER, VOORHEES & LAURICK, P.C.

*/s/ Alisa D. Hardy*
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 19    Filed 01/16/15