```
                         United States Bankruptcy Court
                              District of Oregon
```

In re:                                                          Case No. 14-35766-rld
Henrik Norremark                                                Chapter 7
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0979-3          User: doria              Page 1 of 1                 Date Rcvd: Jan 16, 2015
                              Form ID: pdf018          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2015.
  db           +Henrik Norremark,   1830 NW Riverscape St., Apt. 403,   Portland, OR 97209-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2015                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2015 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:                                   Case No. 14-35766-RLD7

HENRIK NORREMARK,                        Chapter 7

        Debtor.                  **ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS**

This matter comes before the Court on Stipulation of debtor ("Debtor") and creditor Free Breeze Energy Systems, Ltd. ("Free Breeze"), each by and through their attorney of record. The parties hereto represent as follows:

1. This case was commenced on October 16, 2014 by the filing of a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code.

2. The current deadline to file a complaint to determine the dischargeability of debts is January 20, 2015.

3. The Debtor is unavailable for a Rule 2004 Examination until January 27, 2015. In addition, Free Breeze is still awaiting requested discovery from the Debtor. For this reason, the currently scheduled 2004 examination may have to be continued.

Page 1 - ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 20    Filed 01/18/15

4. The information gathered from the requested documents and the 2004 examination may result in information that could form an objection to the discharge of the Debtor's debt to Free Breeze.

5. The parties stipulate to a 60-day extension of the deadline to file a complaint to determine the dischargeability of debts from January 20, 2015 to March 23, 2015.

Now, therefore, based upon the stipulation of the parties, it is hereby

ORDERED that the deadline for filing a complaint to determine the dischargeability of debts under 11 USC § 523 is extended through March 23, 2015.

# # #

IT IS SO STIPULATED:

KILMER, VOORHEES & LAURICK, P.C.

/s/ Alisa D. Hardy　　　　　　　　　　　　Dated: January 13, 2015
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.

TROUTMAN LAW FIRM, P.C.

/s/ Ted A. Troutman　　　　　　　　　　　Dated: January 13, 2015
Ted A Troutman, OSB # 844470
tedtroutman@sbcglobal.net
Of Attorneys for Debtor Henrik Norremark

Page 2 - ORDER RE STIPULATION TO EXTEND TIME TO OBJECT
TO DISCHARGEABILITY OF DEBTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

# CERTIFICATE OF SERVICE

I certify that on this 15th day of January, 2015, the foregoing ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS was served on the following by [ ] hand delivery [ ] overnight delivery [ ] fax [X] email [ ] mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage prepaid. Addressed as follows:

Ted A. Troutman, OSB # 844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Ste. 220
Beaverton, OR 97005
Phone: (503) 292-6788
Fax: (503) 596-2371
Email: tedtroutman@sbcglobal.net
   Of Attorneys for Debtor Henrik Norremark

KILMER, VOORHEES & LAURICK, P.C.

*/s/ Alisa D. Hardy*
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.
I:\10219\0001\Pleadings - Norremark BK\Order Re Extending Time.doc

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290