OFT (3/12/14)

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 20, 2015

Clerk, U.S. Bankruptcy Court

BY DEPUTY

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Henrik Norremark**
Debtor(s)

)
)
) Case No. **14–35766–rld7**
)
)
) ORDER AND NOTICE
) OF TIME TO FILE CLAIMS
)
)

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **4/21/15** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.

Case 14-35766-rld7    Doc 22    Filed 01/19/15