```
                              United States Bankruptcy Court
                                    District of Oregon
In re:                                                        Case No. 14-35766-rld
Henrik Norremark                                              Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0979-3      User: jan              Page 1 of 1        Date Rcvd: Jan 20, 2015
                          Form ID: OFT           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2015.
db              +Henrik Norremark,   1830 NW Riverscape St., Apt. 403,   Portland, OR 97209-1839
smg             +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
                  Salem, OR 97309-5013
smg             +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg             +US Attorney General,   Department of Justice,   10th & Constitution NW,
                  Washington, DC 20530-0001
100784984       +CAlvly SPV I, LLC,   POB 27288,   Tempe, AZ 85285-7288
100784986       +Christopher Buck,   1830 NW Riverscape St. Apt 403,   Portland, OR 97209-1839
100784987       +Evergreen Bank Group,   C/O Darin Campbell, President,   1515 West 22nd Street, Suite 100W,
                  Oak Brook, IL 60523-8413
100784988        Free Breeze Energy Systems, LTD,   5-590 Nichol Avenue South,   Listowel, ON  N4W 0A7
100784989       +Freedom Road Financial,   10509 Professional Circle, Suite 202,   Reno, NV 89521-4884
100784990       +Larkin Landau,   23230 Henry Rd.,   Sky Valley, CA 92241-8836
100784991       +Multnomah County Circuit Court,   1021 Southwest 4th Ave.,   Portland, OR 97204-1113
100784992       +R&N US Holdings, Inc.,   1830 NW Riverscape St. Apt 403,   Portland, OR 97209-1839
100784993       +Robert Fritz,   POB 70,   Juniper, FL 33468-0070
100784994       +Soren Nielsen,   6520 SE 38th Ave.,   Portland, OR 97202-7705
100784995       +Tomasi Salyer Baroway,   121 SW Morrison St., Suite 1850,   Portland, OR 97204-3120
100784998       +Zinder & Kock,   Suite 409,   15455 San Fernando Mission Blvd.,   Mission Hills, CA 91345-1356
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QAEMITCHELL.COM Jan 21 2015 01:23:00     Amy E Mitchell,   POB 2289,
                  Lake Oswego, OR 97035-0074
smg              EDI: ORREV.COM Jan 21 2015 01:23:00     ODR Bkcy,   955 Center NE #353,   Salem, OR  97301-2555
100784985        EDI: CAPITALONE.COM Jan 21 2015 01:23:00     Capital One,   POB 30281,
                  Salt Lake City, UT  84130-0281
100784996        EDI: USBANKARS.COM Jan 21 2015 01:23:00     US Bancorp,   C/O Richard C. Davis, CEO,
                  800 Nicolette Mall,   Minneapolis, MN  55402
100784997       +EDI: USBANKARS.COM Jan 21 2015 01:23:00     US Bank,   POB 130,   Hillsboro, OH 45133-0130
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D

January 20, 2015

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Henrik Norremark**
Debtor(s)

Case No. **14–35766–rld7**

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **4/21/15** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.