Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) |
|  | ) Case No. 14-35766-rld7 |
| Henrik Norremark, | ) |
|  | ) |
|  | ) **STIPULATED ORDER** |
|  | ) **RESCHEDULING 2004 EXAM** |
| Debtor, | ) |
|  | ) |

Based upon the Stipulation of the parties hereto, the Debtor, Henrik Norremark, shall appear at a 2004 Exam on February 23, 2015 at the Troutman Law Firm office, 5075 SW Griffith Drive, Suite 220, Beaverton OR 97005, at 9:30 am. The 2004 Exam is being reset from the prior Order date of January 30, 2015.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

It is so stipulated:                It is so stipulated:

*/s/ Ted A. Troutman*               */s/ Alisa D. Hardy*
Ted A. Troutman, OSB#844470         Alisa D. Hardy, OSB#105886
Attorney for Debtor                 Attorneys for Free Breeze Energy Systems