| | | | |
|---|---|---|---|
| 1 | **James P. Laurick, OSB # 821530** | Judge | : | Randall L. Dunn |
| | **jlaurick@kilmerlaw.com** | Chapter | : | 7 |
| 2 | **Alisa D. Hardy, OSB # 105886** | **Hearing Date** | : | |
| | **ahardy@kilmerlaw.com** | **Hearing Time** | : | |
| 3 | Kilmer, Voorhees & Laurick, P.C. | **Location** | : | |

James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

OF ATTORNEYS FOR FREE BREEZE
ENERGY SYSTEMS, LTD.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:                                           Case No. 14-35766-RLD7

HENRIK NORREMARK,                    **MOTION TO APPEAR FOR 2004 EXAM**

                    Debtor.

**LBR 2004-1 CERTIFICATION**

I hereby certify that on March 3, 2015 I spoke with debtor's counsel, Ted A. Troutman, and advised him as to the filing of this Motion and Order to Appear for 2004 Exam. On March 5, 2015, counsel advised that he does not object. I further certify that this Motion and Order were served not less than 14 days prior to the 2004 Exam.

Pursuant to Bankruptcy Rule 2004(a), Creditor Free Breeze Systems, Ltd. ("Free Breeze") seeks an order for the examination of Christopher Buck on March 20, 2015 at 9:00 a.m. at DTI, 921 SW Washington St., Portland, OR 97205. Mr. Buck shall be subject to questions by Free Breeze before a court reporter. The debtor's attorney may cross-examine Mr. Buck.

///

Page 1 - MOTION TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 - FAX (503) 222-5290

1    Free Breeze further seeks an order allowing service of the Order for a 2004 Examination

2    be made on Mr. Buck via email at c.buck@alignfootwear.com and via regular US Mail to his

3    confirmed mailing address at 1830 NW Riverscape Street, #403, Portland, Oregon 97209.

4         Mr. Buck is currently in China for work, but has agreed via email to a 2004 exam on

5    March 20, 2015. Declaration of Alisa Hardy ("Hardy Dec."), Ex. 1.

6         Free Breeze has been attempting to depose Mr. Buck since July of 2014.  Mr. Buck has

7    either refused service of the subpoena or failed to appear for agreed upon deposition dates.

8    Counsel for Free Breeze has previously spoken with Mr. Buck on the phone and has

9    corresponded with Mr. Buck via his email address.  Hardy Dec.  Free Breeze has also been

10   unable to perfect personal service on Mr. Buck because he lives and works in a locked

11   condominium complex, which is the same residence as debtor.  Hardy Dec., Ex. 2.

12        The debtor has testified that Mr. Buck resides with the debtor, currently supports the

13   debtor, and was an officer of R&N US Holdings, Inc. ("R&N"), an entity owned by the debtor.

14   The debtor has also testified that Mr. Buck has specific knowledge regarding the business

15   dealings and assets of R&N.  Mr. Buck is also currently an officer for Align Footwear LLC, a

16   company which has had business dealings with the debtor within the last year.  For these reasons,

17   it is critical that Free Breeze obtain Mr. Buck's testimony.

18        For the foregoing reasons, Free Breeze respectfully requests an order for the examination

19   of Christopher Buck and requests that service of said order may be made via email and regular

20   US mail at Mr. Buck's verified address.

21        DATED this 5th day of March, 2015.

22                                KILMER, VOORHEES & LAURICK, P.C.

23

                                 */s/ Alisa D. Hardy*
24                               James P. Laurick, OSB # 821530
                                 jlaurick@kilmerlaw.com
25                               Alisa D. Hardy, OSB # 105886
                                 ahardy@kilmerlaw.com
26                               Phone No.:  503-224-0055 / Fax No.:  503-222-5290
                                 Of Attorneys for Free Breeze Energy Systems, Ltd.
                                 I:\10219\0001\Pleadings - Norremark BK\Motion for 2004 Exam (Buck).doc

     Page 2 - MOTION TO APPEAR FOR 2004 EXAM

1  <u>**CERTIFICATE OF SERVICE**</u>

2      I certify that on this 5th day of March, 2015, the foregoing MOTION TO APPEAR FOR

3  2004 EXAM will be served in accordance with the Court's CM/ECF system which will send

4  notification of such filing by notice via email to the ECF participants of record a true copy of the

5  foregoing document, and was also served on the following by [ ] hand delivery [ ] overnight

6  delivery [ ] fax [X ] email [X ] mailing by depositing with the U.S. mail in Portland, Oregon,

7  enclosed in a sealed envelope with first class postage prepaid.  Addressed as follows:

8      Ted A. Troutman, OSB # 844470
       Troutman Law Firm, PC
9      5075 SW Griffith Dr., Ste. 220
       Beaverton, OR 97005
10     Phone: (503) 292-6788
       Fax: (503) 596-2371
11     Email: tedtroutman@sbcglobal.net
           Of Attorneys for Debtor Henrik Norremark
12

13

14                          */s/ Alisa D. Hardy*
                            James P. Laurick, OSB # 821530
15                          jlaurick@kilmerlaw.com
                            Alisa D. Hardy, OSB # 105886
16                          ahardy@kilmerlaw.com
                            Of Attorneys for Free Breeze Energy Systems, Ltd.

17

18

19

20

21

22

23

24

25

26

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · Fax (503) 222-5290

**James P. Laurick, OSB # 821530**
**jlaurick@kilmerlaw.com**
**Alisa D. Hardy, OSB # 105886**
**ahardy@kilmerlaw.com**
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

OF ATTORNEYS FOR FREE BREEZE
ENERGY SYSTEMS, LTD.

| | | |
|---|---|---|
| Judge | : | Randall L. Dunn |
| Chapter | : | 7 |
| **Hearing Date** | : | |
| **Hearing Time** | : | |
| **Location** | : | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 14-35766-RLD7 |
| HENRIK NORREMARK, | **DECLARATION OF ALISA HARDY IN SUPPORT OF MOTION TO APPEAR FOR 2004 EXAM** |
| Debtor. | |

I, Alisa Hardy, being first duly sworn, depose and say that:

1.      I represent Creditor Free Breeze Energy Systems, Ltd., in the above matter and make this Declaration based on my personal knowledge.

2.      Attached as Exhibit 1 is a true copy of the email correspondence with Christopher Buck wherein he agreed to be examined on March 20, 2015.

3.      Attached as Exhibit 2 is an Affidavit of Non-service on Mr. Buck's address, correspondence and subpoenas sent to Mr. Buck.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THEY ARE**

*///*

Page 1 - DECLARATION OF ALISA HARDY IN SUPPORT OF
MOTION TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 - FAX (503) 222-5290

1 **MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR**

2 **PERJURY.**

3     DATED this 5th day of March, 2015.

4                                      KILMER, VOORHEES & LAURICK, P.C.

5

6                                      */s/ Alisa D. Hardy*
                                     Alisa D. Hardy, OSB # 105886

7                                      ahardy@kilmerlaw.com
                                     Phone No.:  503-224-0055

8                                      Fax No.:  503-222-5290
                                     Of Attorneys for Free Breeze Energy Systems, Ltd.

9                                      I:\10219\0001\Pleadings - Norremark BK\Dec of ADH re Motion for 2004 Exam
                                   (Buck).doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

    Page 2 - DECLARATION OF ALISA HARDY IN SUPPORT OF
    MOTION TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON  97209-1302
(503) 224-0055 - FAX (503) 222-5290

# CERTIFICATE OF SERVICE

2     I certify that on this 5th day of March, 2015, the foregoing DECLARATION OF ALISA

3     HARDY IN SUPPORT OF MOTION TO APPEAR FOR 2004 EXAM will be served in

4     accordance with the Court's CM/ECF system which will send notification of such filing by

5     notice via email to the ECF participants of record a true copy of the foregoing document, and

6     was also served on the following by [ ] hand delivery [ ] overnight delivery [ ] fax [ X ] email [ X ]

7     mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with

8     first class postage prepaid.  Addressed as follows:

9     Ted A. Troutman, OSB # 844470
     Troutman Law Firm, PC
10    5075 SW Griffith Dr., Ste. 220
     Beaverton, OR 97005
11    Phone: (503) 292-6788
     Fax: (503) 596-2371
12    Email: tedtroutman@sbcglobal.net
          Of Attorneys for Debtor Henrik Norremark

13

14

                     */s/ Alisa D. Hardy*
15                    James P. Laurick, OSB # 821530
                    jlaurick@kilmerlaw.com
16                    Alisa D. Hardy, OSB # 105886
                    ahardy@kilmerlaw.com
17                    Of Attorneys for Free Breeze Energy Systems, Ltd.

18

19

20

21

22

23

24

25

26

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON  97209-1302
(503) 224-0055 · Fax (503) 222-5290

| | |
|---|---|
| **From:** | Alisa D. Hardy |
| **Sent:** | Tuesday, February 17, 2015 12:05 PM |
| **To:** | 'Chris Buck' |
| **Subject:** | RE: In re Henrik Norremark / U.S. Bankruptcy Court District of Oregon Case No. 14-35766 |

Chris,

Thank you for your earlier email. I just wanted to follow up with you to confirm the March 20th date. I completely understand your time constraints, however, to be fair I have been trying to take your deposition since last July.

Finally, given that you are in China, may I serve your subpoena by email, or would you prefer that I obtain an order from the bankruptcy court?

Thanks,

**ALISA D. HARDY**
Kilmer, Voorhees & Laurick, PC
732 N.W. 19th Avenue
Portland, Oregon 97209
503/224-0055 (office)
ahardy@kilmerlaw.com
www.kilmerlaw.com

**From:** Chris Buck [mailto:c.buck@alignfootwear.com]
**Sent:** Monday, January 26, 2015 3:01 PM
**To:** Alisa D. Hardy
**Subject:** Re: In re Henrik Norremark / U.S. Bankruptcy Court District of Oregon Case No. 14-35766

Alisa

I have a business to run which requires me to travel extensively. I am doing my best to accommodate you and the court but really have nothing to offer these proceedings that I believe is either useful or helpful, and although I accept you may believe otherwise it is extremely difficult for me to take the time from my schedule to accommodate your request.

Again I can offer you a video deposition much sooner than the requested date if you advise me I will make the arrangements, failing which please set a date as close to March 20th and I will bend over backwards to be there.

Chris buck

Sent from my iPhone

On Jan 27, 2015, at 6:28 AM, Alisa D. Hardy <AHardy@kilmerlaw.com> wrote:

Exhibit 1
Page 1 of 6

Chris,

Thank you for the quick response.  You previously stated that you would be back in the US by the end of February- I am confused as to why now you are not available until mid-April.  Under the Federal Bankruptcy Court's current schedule, the deposition must take place by March 20.  The court will need a good reason for delaying the proceedings further.

I am happy to work with you, however I do not have an unlimited ability to accommodate your schedule.

Thank you.

**ALISA D. HARDY**
Kilmer, Voorhees & Laurick, PC
732 N.W. 19th Avenue
Portland, Oregon 97209
503/224-0055 (office)
ahardy@kilmerlaw.com
www.kilmerlaw.com

**From:** Chris Buck [mailto:c.buck@alignfootwear.com]
**Sent:** Monday, January 26, 2015 1:48 PM
**To:** Alisa D. Hardy
**Subject:** Re: FW: In re Henrik Norremark / U.S. Bankruptcy Court District of Oregon Case No. 14-35766

Alisa

I need to check on a couple things due to the fact that I'll still be here in China, the second week of April would probably work. If something changes I'll advise you.

Chris Buck

On Mon, Jan 26, 2015 at 1:41 PM, Alisa D. Hardy <AHardy@kilmerlaw.com> wrote:

Chris,


I have not received a response to my last email.  Please advise of your availability on the dates of March 13-20.


Thank you,


**ALISA D. HARDY**

Kilmer, Voorhees & Laurick, PC

732 N.W. 19th Avenue

Portland, Oregon 97209

2

Exhibit 1
Page 2 of 6

503/224-0055 (office)

ahardy@kilmerlaw.com

www.kilmerlaw.com

---

**From:** Alisa D. Hardy
**Sent:** Monday, January 19, 2015 9:25 AM
**To:** 'Chris Buck'
**Subject:** RE: FW: In re Henrik Norremark / U.S. Bankruptcy Court District of Oregon Case No. 14-35766


Thank you for your email Chris.  We can accommodate your schedule and can have the deposition sometime between March 13-20.  Please advise whether you are available one or more of these days and I will confer with Mr. Norremark's attorney.


Thank you.


**ALISA D. HARDY**

Kilmer, Voorhees & Laurick, PC

732 N.W. 19th Avenue

Portland, Oregon 97209

503/224-0055 (office)

ahardy@kilmerlaw.com

www.kilmerlaw.com


**From:** Chris Buck [mailto:c.buck@alignfootwear.com]
**Sent:** Thursday, January 15, 2015 3:40 PM
**To:** Alisa D. Hardy
**Subject:** Re: FW: In re Henrik Norremark / U.S. Bankruptcy Court District of Oregon Case No. 14-35766


Alisa

Exhibit 1
Page 3 of 6

3

Case 14-35766-rld7   Doc 30   Filed 03/05/15

Im currently in out of Xiamen China, I will want counsel present any at any meeting I have, therefore I'll sit down when I get back. The expected date of return is the 4th week of February subject to change a week earlier or a week later.


Thank You


Chris


On Thu, Jan 15, 2015 at 8:55 AM, Alisa D. Hardy <AHardy@kilmerlaw.com> wrote:

Thank you for your email Chris.  Please advise of where you are staying in China (and therefore available by video) and the date you will be back in Portland so we can determine the best way to handle your absence.


Thank you,


**ALISA HARDY**

Kilmer, Voorhees & Laurick, PC

732 N.W. 19th Avenue

Portland, Oregon 97209

503/224-0055 (office)

ahardy@kilmerlaw.com

www.kilmerlaw.com


**From:** Chris Buck [mailto:c.buck@alignfootwear.com]
**Sent:** Wednesday, January 14, 2015 5:22 PM
**To:** Shellice R. Gratreak
**Subject:** Re: In re Henrik Norremark / U.S. Bankruptcy Court District of Oregon Case No. 14-35766

Exhibit 1
Page 4 of 6

4

Case 14-35766-rld7    Doc 30    Filed 03/05/15

To Whom It May Concern:

I'm in receipt of your email, I'm currently in China for an extended period of time and although I may be returning to Portland it may be hours not days therefore I'm not currently able to commit to attend this deposition other than by video or webcam if this can be arranged remembering the time difference of 16 hours.

Of course if my calendar clears up I'll advise you.

Thanks

Christopher Buck

On Wed, Jan 14, 2015 at 3:25 PM, Shellice R. Gratreak <SGratreak@kilmerlaw.com> wrote:

Please see attached.  Thank you.

*Shellice R. Gratreak*

Legal Assistant to Peter J. Viteznik, Alisa D. Hardy and Robert S. May

Kilmer, Voorhees & Laurick, P.C.
**732 NW 19th Avenue**

**Portland, OR  97209**

 **Phone:** 503-224-0055

**Fax:** 503-222-5290

 sgratreak@kilmerlaw.com

**CONFIDENTIALITY NOTICE**

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail

Exhibit 1
Page 5 of 6

in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

--

Christopher buck

Exhibit 1
Page 6 of 6

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF MULTNOMAH

FREE BREEZE ENERGY SYSTEMS, LTD.,

        Plaintiff,

vs.

R&N US HOLDINGS, INC., et al.,

        Defendant.

_____/

Case No. **1401-00987**

NOT FOUND AFFIDAVIT

STATE OF OREGON
County of Multnomah     ss.

I, Mitch Wirth, being first duly sworn, depose and say that I am a professional process server, a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party, corporate or otherwise, in the within named action; that I attempted to serve the *Order for Examination of Judgment Debtor and Restraining Order; Plaintiff's Ex Parte Motion for Examination of Judgment Debtor Henrik Norremark and Restraining Order; Declaration of Alisa Hardy in Support of Plaintiff's Motion for Examination of Debtor Henrik Norremark* upon **HENRIK NORREMARK** as herinafter described:

On 06/06/2014 at 6:22 PM, I attempted personal service upon the defendant at 1830 NW Riverscape St., #403, Portland, OR 97209. This address is the "Pacifica" Condominiums. Access is secured. The name of Norremark does not exist on the tenant directory at the main entrance.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this 5 day of March , 2016
by Mitch Wirth.

_____
Notary Public for Oregon

X _____
Mitch Wirth
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636
**Ref#: 10219-0001**

OFFICIAL STAMP
BRANDY TYLER SOCHA
NOTARY PUBLIC - OREGON
COMMISSION NO. 924206
MY COMMISSION EXPIRES JANUARY 16, 2018

*388896*

Exhibit 2
Page 1 of 12

# KILMER, VOORHEES & LAURICK, P.C.

A Professional Corporation

## ATTORNEYS AT LAW

732 N.W. 19th AVENUE
PORTLAND, OREGON 97209

TELEPHONE (503) 224-0055
FAX (503) 222-5290

Alisa D. Hardy
*ahardy@kilmerlaw.com*
Admitted in Oregon

July 2, 2014

Christopher Buck
1830 NW Riverscape Street, #403
Portland, OR 97209

Re:     *Free Breeze Energy Systems, Ltd. v. R&N US Holdings, Inc., et al.*
        Multnomah County Circuit Court Case No. 1401-00987
        Our File No. 10219-0001

Dear Mr. Buck:

Enclosed is a subpoena ordering your appearance at a deposition and production of documents at our offices on July 24, 2014 at 9:00 a.m. Please contact our office if you absolutely need to adjust the schedule. In addition, please let me know if you require a process server or Sheriff to formally serve this subpoena.

Thank you in advance for your cooperation.

Sincerely,

*/s/ Alisa D. Hardy*

Alisa D. Hardy

ADH:srg
Enclosure
I:\10219\0001\Correspondence\Buck re subpoena 20140702.doc

Exhibit 2
Page 2 of 12

Case 14-35766-rld7    Doc 30    Filed 03/05/15

1

2

3

4          IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                  FOR THE COUNTY OF MULTNOMAH

6

7  FREE BREEZE ENERGY SYSTEMS, LTD.,

8                  Plaintiff,

9          v.

10 R&N US HOLDINGS, INC., a California corporation, and HENRIK NORREMARK,

11

12                 Defendants.

Case No. 1401-00987

**SUBPOENA DUCES TECUM TO CHRISTOPHER BUCK**

Appearance Required

13 **TO:  Christopher Buck, 1830 NW Riverscape Street, #403, Portland, OR 97209.**

14          Pursuant to Oregon Rule of Civil Procedure 55 F and ORS 18.269, you are hereby

15 required to appear at the law offices of Kilmer, Voorhees & Laurick, P.C., 732 NW 19th

16 Avenue, Portland, Oregon 97209, on the **24th day of July, 2014 at 9 a.m.** to testify as a witness

17 in the above entitled cause and to produce the following records, books, papers, documents, or

18 other tangible things.

19          Pursuant to ORCP 55 D(4) service of this subpoena via first class mail is effective.

20          For purposes of this subpoena:

21          1.      "Record" or "records" means "writing, drawings, graphs, charts, photographs,

22 phono-records, and other data compilations from which information can be "obtained" as those

23 terms are defined in Oregon Rule of Civil Procedure 43, and includes without limitation any

24 written, printed, typed, photocopied, photographic or recorded matter of any kind or character in

25 your possession, custody, or control, however produced or reproduced, whether prepared by you

26 or others including, but not limited to all correspondence, drafts, calendars, desk pads, written

Page 1 - SUBPOENA DUCES TECUM TO CHRISTOPHER BUCK

Exhibit 2
Page 3 of 12

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON  97209-1302
(503) 224-0055 · FAX (503) 222-5290

1  phone messages, emails (both printed and electronic format), memoranda, notes, reports,

2  manuals, drawings, graphs, charts, lists, and entries in books of account, specifically including

3  every copy of a document that is not identical to the original (whether because of notes made on

4  or attached to such copy or otherwise), and all attachments and enclosures to any document.

5       2.    "You" or "your" means **Christopher Buck**, and your affiliates, employees,

6  agents, attorneys, representatives, or other persons or entities acting on your behalf.

7       3.    "Relating to" or "related to" means, without limitation, comprising, concerning,

8  containing, consisting of, embodying, identifying, referring to, corresponding to, in connection

9  with, commenting on, in response to, about, announcing, explaining, discussing or reflecting.

10      **YOU ARE COMMANDED TO MAKE AVAILABLE** the following:

11   1.  All record's relating in any way to Henrik Norremark's ("Norremark") involvement
12       or affiliation with You.

13   2.  All records related to Norremark's ownership interest, employment, or any other
14       involvement with any entities in which You are a shareholder, member, or owner,
15       including but not limited to documents pertaining to any operating agreement,
16       disbursements, profits or dividends paid to Norremark.

17   3.  All 1099-DIV or IRS K-1 Schedules reflecting any involvement of Norremark with
18       any entities or ventures in which You are a shareholder, member, or owner.

19   4.  All records relating to Norremark's employment or his retention as an independent
20       contractor by any entities in which You are a shareholder, member, or owner,
21       including payroll records, W-2s, or 1099s;

22   5.  All records relating to Norremark's investments or payment of funds to You or to
23       entities in which You are a shareholder, member or owner

24   6.  All records related to the assets and liabilities of any in entities with which Norremark
25       is affiliated, including Profit and Loss statements and federal and state tax returns for
26       each entity for the last three years.

Page 2 - SUBPOENA DUCES TECUM TO CHRISTOPHER BUCK

Exhibit 2
Page 4 of 12

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

1    7. All records relating to money loaned by or from Norremark or R&N US Holdings

2       Inc., to You or an entity in which You are a shareholder, member, or owner.

3    8. All records related to the assets and liabilities of R&N La Costa Properties, LLC.,

4       New Energy Ventures, Inc., Ellis Street Townhomes, LLC, Powell Butte Condos,

5       LLC.

6    DATED this 2nd day of July, 2014.

7                    KILMER, VOORHEES & LAURICK, P.C.

8

9                    _____

10                   James P. Laurick, OSB No. 82153
                     jlaurick@kilmerlaw.com

11                   Alisa Hardy, OSB No. 105886
                     ahardy@kilmerlaw.com

12                   Phone No.: 503-224-0055
                     Fax No.: 503-222-5290
                     Of Attorneys for Plaintiff

13                   Trial Attorney: James P. Laurick
                     I:\10219\0001\Pleadings\SDT to Chris Buck (Portland address).doc

14

15   ============================================================
          I hereby certify that the foregoing is a complete and exact copy of the original subpoena

16   in the above-entitled cause as the same appears in my hands for service.

17

18                   _____

19                   _____
                     IF AN OFFICER, STATE TITLE

20   ============================================================

21   Witness Fee    $ 30.00    STATE OF OREGON, County of Multnomah ss:
     Mileage        $ 00.00
     Total          $ 30.00    I hereby certify that I served the within subpoena on the 2nd day of

22                             July, 2014, on Christopher Buck by mailing to him a copy thereof
                               and giving or offering to him at the same time the fees and mileage to

23                             which he is entitled for travel to and from the place designated in
                               said subpoena and one day's attendance; and that I am a competent

24                             person over the age of 18 years.

25                             _____

26

Page 3 - SUBPOENA DUCES TECUM TO CHRISTOPHER BUCK

Exhibit 2
Page 5 of 12

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19th AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

| | |
|---|---|
| 1 | <u>**CERTIFICATE OF SERVICE**</u> |
| 2 | I certify that on this 2nd day of July, 2014 the foregoing SUBPOENA DUCES TECUM |

1                                  <u>**CERTIFICATE OF SERVICE**</u>

2       I certify that on this 2nd day of July, 2014 the foregoing SUBPOENA DUCES TECUM

3    TO CHRISTOPHER BUCK was served on the following by [ ] hand delivery [ ] overnight

4    delivery [ ] fax [ ] email [X ] mailing by depositing with the U.S. mail in Portland, Oregon,

5    enclosed in a sealed envelope with first class postage prepaid.  Addressed as follows:

6

7    Henrik Norremark
      1830 NW Riverscape Street, #403
      Portland, OR 97209

8

9

10   James P. Laurick, OSB No. 82153
      jlaurick@kilmerlaw.com
11   Alisa Hardy, OSB No. 105886
      ahardy@kilmerlaw.com
      Of Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 4 -- CERTIFICATE OF SERVICE

Exhibit 2
Page 6 of 12

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

```
 1

 2

 3

 4                 IN THE CIRCUIT COURT OF THE STATE OF OREGON

 5                      FOR THE COUNTY OF MULTNOMAH

 6
    FREE BREEZE ENERGY SYSTEMS,
 7  LTD.,                                    Case No. 1401-00987

 8            Plaintiff,                     SUBPOENA DUCES TECUM TO ALIGN
                                             FOOTWEAR, LLC
 9       v.
                                             [Records Only, No Appearance Required
10  R&N US HOLDINGS, INC., a California        Pursuant to ORCP 55 F(3)]
    corporation, and HENRIK NORREMARK,
11
              Defendants.
12

13  TO:    Align Footwear, LLC
           1830 NW Riverscape Street, #403
14         Portland, OR 97209
```

15        Pursuant to Oregon Rule of Civil Procedure 55 F(3), you are hereby required to produce

16 the following records, books, papers, documents, or other tangible things at the law offices of

17 Kilmer, Voorhees & Laurick, P.C., 732 NW 19th Avenue, Portland, Oregon 97209, on or before

18 August 1, 2014.

19        Pursuant to ORCP 55 D(4) service of this subpoena via first class mail is effective.

20        For purposes of this subpoena:

21        1.     "Record" or "records" means "writing, drawings, graphs, charts, photographs,

22 phono-records, and other data compilations from which information can be "obtained" as those

23 terms are defined in Oregon Rule of Civil Procedure 43, and includes without limitation any

24 written, printed, typed, photocopied, photographic or recorded matter of any kind or character in

25 your possession, custody, or control, however produced or reproduced, whether prepared by you

26 or others including, but not limited to all correspondence, drafts, calendars, desk pads, written

Page 1 - SUBPOENA DUCES TECUM TO ALIGN FOOTWEAR,
          LLC

Exhibit 2
Page 7 of 12

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

1 phone messages, emails (both printed and electronic format), memoranda, notes, reports,

2 manuals, drawings, graphs, charts, lists, and entries in books of account, specifically including

3 every copy of a document that is not identical to the original (whether because of notes made on

4 or attached to such copy or otherwise), and all attachments and enclosures to any document.

5     2.     "You" or "your" means **Align Footwear, LLC**, its affiliates, employees, agents,

6 attorneys, representatives, or other persons or entities acting on your behalf.

7     3.     "Relating to" or "related to" means, without limitation, comprising, concerning,

8 containing, consisting of, embodying, identifying, referring to, corresponding to, in connection

9 with, commenting on, in response to, about, announcing, explaining, discussing or reflecting.

10     **YOU ARE COMMANDED TO MAKE AVAILABLE** the following:

11     1.   All record's relating in any way to Henrik Norremark's involvement or affiliation

12         with You.

13     2.   All records related to Henrik Norremark's ownership interest, employment, or any

14         other involvement with You including but not limited to documents pertaining to any

15         operating agreement, disbursements, profits or dividends paid to Norremark;

16     3.   All 1099-DIV or IRS K-1 Schedules reflecting any involvement of Norremark with

17         You;

18     4.   All records relating to Norremark's employment or his retention as an independent

19         contractor by You, including payroll records,W-2s, or 1099s;

20     5.   All records relating to Norremark's investment or payment of funds to You

21     6.   All records related to Your assets and liabilities including Profit and Loss statements

22         and federal and state tax returns for the last three years.

23     To comply with this subpoena, you will need to make available, or mail, the documents

24 sought by **August 1, 2014**, along with an **executed Certificate of Custodian of Records**, which

25 is enclosed with this subpoena.

26   ///

Page 2 - SUBPOENA DUCES TECUM TO ALIGN FOOTWEAR,
        LLC

Exhibit 2
Page 8 of 12

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

1      If you choose to comply with this subpoena by mailing documents, attach those

2 documents to the Certificate of Records Custodian attached hereto and have the Certificate

3 completed and signed by an authorized employee of your organization.

4      DATED this 18th day of July, 2014.

5              KILMER, VOORHEES & LAURICK, P.C.

6

7

             James P. Laurick, OSB No. 82153

8              jlaurick@kilmerlaw.com
             Alisa Hardy, OSB No. 105886

9              ahardy@kilmerlaw.com
             Phone No.: 503-224-0055

10             Fax No.: 503-222-5290
            Of Attorneys for Plaintiff

11             Trial Attorney: James P. Laurick
            I:\10219\0001\Pleadings\SDT to Align Footwear, LLC 20140718.doc

12

13 ==============================================================

14      I hereby certify that the foregoing is a complete and exact copy of the original subpoena

15 in the above-entitled cause as the same appears in my hands for service.

16

17              IF AN OFFICER, STATE TITLE

18 ==============================================================

| | | |
|---|---|---|
| Witness Fee | $ 30.00 | STATE OF OREGON, County of Multnomah ss: |
| Mileage | $ 00.00 | |
| Total | $ 30.00 | I certify that on this 18th day of July, 2014, the foregoing |

19

20              SUBPOENA DUCES TECUM TO ALIGN FOOTWEAR by mailing

21              him/her a copy thereof by certified mail, together with the fee to
             which he/she is entitled; that I am a competent person over the age of

22              18 years.

23

24

25

26

Page 3 - SUBPOENA DUCES TECUM TO ALIGN FOOTWEAR,
        LLC

Exhibit 2
Page 9 of 12

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19th AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

# KILMER, VOORHEES & LAURICK, P.C.

A Professional Corporation

ATTORNEYS AT LAW

732 N.W. 19th AVENUE
PORTLAND, OREGON 97209

TELEPHONE (503) 224-0055
FAX (503) 222-5290

Alisa D. Hardy
ahardy@kilmerlaw.com
Admitted in Oregon

September 3, 2014

**Via Certified and First Class Mail**

Align Footwear, LLC
Christopher Buck
1830 NW Riverscape Street, #403
Portland, OR 97209

      Re:    *Free Breeze Energy Systems, Ltd. v. R&N US Holdings, Inc., et al.*
               Multnomah County Circuit Court Case No. 1401-00987
               Our File No. 10219-0001

Dear Mr. Buck:

      We have not received a response to the subpoena duces tecum issued to Align Footwear, LLC. In the event you did not receive it, enclosed is another copy. Please provide responsive documents by September 18, 2014, or we will be forced to seek further relief from the Court.

      In addition, we are entitled to take your deposition. Please provide dates in the month of September in which you are available. If I do not hear from you by Tuesday, September 9, I will choose a date and issue a subpoena duces tecum for your appearance.

      I look forward to hearing from you.

               Sincerely,

               */s/ Alisa D. Hardy*

               Alisa D. Hardy

ADH:srg
Enclosure
cc:    Kathryn P. Salyer
I:\10219\0001\Correspondence\Buck re subpoena 20140903.doc



KILMER, VOORHEES & LAURICK
A PROFESSIONAL CORPORATION

732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209

10219-0001

CERTIFIED MAIL™

OR 970
03 SEP '14
PM 5 L

7011 1150 0000 9642 1631

SN 10/23/14  Return 10/29/14

L/8/14
9/05

Align Footwear, LLC
Christopher Buck
1830 NW Riverscape Street #403
Portland, OR 9 NIXIE    970  5E 1009    0011/07/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 97209130232    *1529-09298-03-37

97209183903
97209(01302

Exhibit 2
Page 11 of 12

# KILMER, VOORHEES & LAURICK, P.C.

A Professional Corporation

ATTORNEYS AT LAW

732 N.W. 19th AVENUE
PORTLAND, OREGON 97209

TELEPHONE (503) 224-0055
FAX (503) 222-5290

Alisa D. Hardy
ahardy@kilmerlaw.com
Admitted in Oregon

January 14, 2015

*Via Email and First Class Mail*

Christopher Buck
Align Footwear, LLC
1830 NW Riverscape Street, #403
Portland, OR 97209
c.buck@alignfootwear.com

      Re:    *In re Henrik Norremark*
               U.S. Bankruptcy Court District of Oregon Case No. 14-35766
               Our File No. 10219-0001

Dear Mr. Buck:

      This is a follow up to my message left at your contact number listed on the Align Footwear website, 1-888-569-6878. I also attempted to contact you at 971-344-4012 but your voicemail is full, and at 503-775-3165, but this number is disconnected. I will also try contacting you at these numbers again tomorrow.

      Pursuant to Federal Bankruptcy Rule 2004 and 9016, we wish to take your deposition relating to the acts, conduct, property, liabilities and financial condition of the debtor, Henrik Norremark, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge.

      This email and my message is an attempt to confer with you on a mutually agreeable time and location for your deposition to take place. Both Mr. Norremark's counsel and I are available on February 4, 2015 at 9:00 a.m. at DTI, located at 921 SW Washington Street, Portland, OR 97205. Please confirm your availability at this time and location.

      If I do not hear from you by Friday, January 16, 2015, I will proceed with issuing a subpoena ordering your appearance. Please be advised that pursuant to Federal Bankruptcy Rule 9016 and Federal Rule of Civil Procedure 45(e), failure to obey a subpoena may result in contempt of court.

               Sincerely,

               *Alisa D. Hardy*

               Alisa D. Hardy

Exhibit 2
Page 12 of 12

ADH:srg
I:\10219\0001\Correspondence\Buck re appearance 20150114.doc