1

2  Below is an Order of the Court.

3

4

5

6

7  RANDALL L. DUNN
   U.S. Bankruptcy Judge

8

9

10

11  UNITED STATES BANKRUPTCY COURT

12  DISTRICT OF OREGON

13  In re:                              Case No. 14-35766-RLD7

14  HENRIK NORREMARK,                   **ORDER REGARDING MOTION TO**
                                        **APPEAR FOR 2004 EXAM**
15              Debtor.

16

17       Upon review of Creditor Free Breeze Energy Systems, Ltd.'s ("Free Breeze") Motion to

18  Appear for 2004 Exam,

19       IT IS HEREBY ORDERED that Christopher Buck appear in the office of DTI, 921 SW

20  Washington St., Portland, OR, 97205, on March 20, 2015 at 9:00 a.m. for a Bankruptcy Rule

21  2004 Exam.  Mr. Buck shall be subject to questions by Free Breeze before a court reporter.

22  Debtor's attorney may cross-examine the Mr. Buck.

23  ///

24  ///

25  ///

26  ///

Page 1 - ORDER REGARDING MOTION TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 - FAX (503) 222-5290

1    IT IS FURTHER ORDERED that Mr. Buck may be served this Order at his email

2  address, c.buck@alignfootwear.com, and via US Mail at 1830 NW Riverscape Street, #403,

3  Portland, Oregon 97209.

4                                          ###

5  Presented by:

6  KILMER, VOORHEES & LAURICK, P.C.

7

8  */s/ Alisa D. Hardy*
   Alisa D. Hardy, OSB # 105886
9  ahardy@kilmerlaw.com
   Phone No.:  503-224-0055
10 Fax No.:  503-222-5290
   Of Attorneys for Free Breeze Energy Systems, Ltd.
11 I:\10219\0001\Pleadings - Norremark BK\Order re Motion for 2004 Exam (Buck).doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 - ORDER REGARDING MOTION TO APPEAR FOR 2004 EXAM

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON  97209-1302
(503) 224-0055 - FAX (503) 222-5290

Case 14-35766-rld7    Doc 31    Filed 03/06/15

**<u>CERTIFICATE OF SERVICE</u>**

1

I certify that on this 5th day of March, 2015, the foregoing ORDER REGARDING

2

MOTION TO APPEAR FOR 2004 EXAM will be served in accordance with the Court's

3

CM/ECF system which will send notification of such filing by notice via email to the ECF

4

participants of record a true copy of the foregoing document, and was also served on the

5

following by [ ] hand delivery [ ] overnight delivery [ ] fax [X ] email [X ] mailing by depositing

6

with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage

7

prepaid.  Addressed as follows:

8

Ted A. Troutman, OSB # 844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Ste. 220
Beaverton, OR 97005
Phone: (503) 292-6788
Fax: (503) 596-2371
Email: tedtroutman@sbcglobal.net
        Of Attorneys for Debtor Henrik Norremark

9

10

11

12

13

14

*/s/ Alisa D. Hardy*
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · Fax (503) 222-5290

Case 14-35766-rld7    Doc 31    Filed 03/06/15