Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br>HENRIK NORREMARK,<br>            Debtor. | Case No. 14-35766-RLD7<br>Chapter 7<br>**ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS** |

     This matter comes before the Court on Stipulation of debtor ("Debtor") and creditor Free Breeze Energy Systems, Ltd. ("Free Breeze"), each by and through their attorney of record. The parties hereto represent as follows:

     1.    This case was commenced on October 16, 2014 by the filing of a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code.

     2.    The current deadline to file a complaint to determine the dischargeability of debts is March 23, 2015.

     3.    The Debtor's Rule 2004 Examination took place on February 23, 2015. The Examination was continued pending the debtor's conferral with his criminal defense attorney. A date for the continued Examination has not been set. In addition, Free Breeze is still awaiting

Page 1 - ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 33    Filed 03/23/15

requested discovery from the Debtor.

4.  The 2004 Examination of Mr. Christopher Buck has been ordered for March 20, 2015. However, Mr. Buck claims he will be out of the country on that day and counsel is currently trying to reschedule the exam.

5.  Free Breeze contends that the information gathered from the requested documents and the 2004 examinations may result in information that could form the basis for an objection to the discharge of the Debtor's debt to Free Breeze.

6.  The parties stipulate to a 60-day extension of the deadline to file a complaint to determine the dischargeability of debts from March 23, 2015 to May 22, 2015.

Now, therefore, based upon the stipulation of the parties, it is hereby

ORDERED that the deadline for filing a complaint to determine the dischargeability of debts under 11 USC § 523 is extended through May 22, 2015.

# # #

IT IS SO STIPULATED:

KILMER, VOORHEES & LAURICK, P.C.

/s/ Alisa D. Hardy                                    Dated: March 20, 2015
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.


TROUTMAN LAW FIRM, P.C.

/s/ Ted A. Troutman                                   Dated: March 20, 2015
Ted A Troutman, OSB # 844470
tedtroutman@sbcglobal.net
Of Attorneys for Debtor Henrik Norremark

Page 2 - ORDER RE STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 14-35766-rld7    Doc 33    Filed 03/23/15

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on this 20th day of March, 2015, the foregoing ORDER RE STIPULATION |
| 3 | TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS will be served in |
| 4 | accordance with the Court's CM/ECF system which will send notification of such filing by |
| 5 | notice via email to the ECF participants of record a true copy of the foregoing document, and |
| 6 | was also served on the following by [ ] hand delivery [ ] overnight delivery [ ] fax [X] email [ ] |
| 7 | mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with |
| 8 | first class postage prepaid. Addressed as follows: |

Ted A. Troutman, OSB # 844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Ste. 220
Beaverton, OR 97005
Phone: (503) 292-6788
Fax: (503) 596-2371
Email: tedtroutman@sbcglobal.net
   Of Attorneys for Debtor Henrik Norremark

KILMER, VOORHEES & LAURICK, P.C.

*/s/ Alisa D. Hardy*
James P. Laurick, OSB # 821530
jlaurick@kilmerlaw.com
Alisa D. Hardy, OSB # 105886
ahardy@kilmerlaw.com
Of Attorneys for Free Breeze Energy Systems, Ltd.
I:\10219\0001\Pleadings - Norremark BK\Order Re Extending Time 20150320.doc

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290